MOODY *v.* DRUM.—In Error.

*DRUM* sued *Moody* in trespass, before a justice of the peace, and recovered a judgment for 25 dollars. *Moody* appealed to the Circuit Court, and, upon the trial in that

Court, *Drum* had judgment for 5 dollars and 50 cents <span>Nov. Term, 1850.</span>
damages, and the costs of the suit.

The judgment, so far as it respects the costs, is erro- <span>CONWELL v. ATWOOD.</span>
neous. The judgment before the justice of the peace
being reduced at the trial upon the appeal more than 5
dollars, the judgment for costs should have been in favor
of the defendant. *Allen* v. *Hardesty*, 8 Blackf. 589.

So much of the judgment as gives costs to the plaintiff
below is reversed, and cause remanded with directions to
render a judgment for costs for the defendant below, with
costs in this suit.

*J. L. Jernegan*, for the plaintiff.